IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBRA F. DAVIDSON**                                                                  **PLAINTIFF**

v.                           Case No. 4:14-cv-00748-KGB

**FAULKNER COUNTY SHERIFF'S
DEPARTMENT;** *et al.*                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

So adjudged this 20th day of October 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge